IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

    Plaintiff,　　　　　　　　　　　　No. CIV S-10-3188 FCD CMK (TEMP) PS

  vs.

JOHN SHAHABIAN, et al.,

    Defendants.　　　　　　　　　　　ORDER
_____/

      This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). Presently noticed for hearing on April 13, 2011, is the motion of lienholder Leslie Wolf's motion to set aside dismissals under California Code of Civil Procedure section 708.440. Dckt. no. 14. On March 10, 2011, plaintiff filed a "Notice of Filing Bankruptcy," indicating that an involuntary Chapter 7 bankruptcy petition was filed against plaintiff on February 28, 2011. Dckt. no. 20. In light of that filing, plaintiff no longer has standing to prosecute the instant action. See Manlangit v. Nat'l City Mortg., 2010 WL 2044687, at *1 (E.D. Cal. May 20, 2010) (upon declaration of bankruptcy, all of petitioner's property becomes the property of the bankruptcy estate, included causes of action, and absent abandonment by trustee, bankruptcy petitioner loses standing for any causes of action).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The April 13, 2011 hearing on the lienholders motion to set aside dismissals (dckt. no. 14) is vacated and the motion is denied without prejudice.

2. This action is stayed pending abandonment of the claims by the bankruptcy trustee.

3. The Clerk of Court is directed to administratively close this action.

DATED: March 16, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

JMM
louie-shahabian.bk